IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DANIEL GEORGE CORRING                                                    PLAINTIFF

VERSUS                                         CIVIL ACTION NO.  1:11cv262-RHW

PEARL RIVER COUNTY and
RITA LUMPKIN                                                             DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against both Defendants are dismissed with prejudice.

SO ORDERED, this the 4th day of February, 2013.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE